# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| HERMAN LEE TATE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:98CR125-9-RLV |
| | ) | 5:16CV11-RLV |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2016, Order.

Signed:  January 14, 2016

Frank G. Johns, Clerk
United States District Court